IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KATHLEEN MARX,                    )
     Plaintiff              )
                       )
                       )
     vs                     )   Civil Action No. 05-1425
                       )
REDSTONE HIGHLANDS HEALTH          )
CARE CENTER, et al,                )
         Defendants.            )

## O R D E R

AND NOW this 13th day of June, 2006, the Court having been advised by counsel for the

parties that the above captioned case has been settled and that the only matters remaining to be

completed are the payment of the settlement proceeds, if any, and the submission of a stipulation

for dismissal under Fed.R.Civ.P. 41(a), and, it appearing that there is no further action required

by the Court at this time,

    IT IS HEREBY ORDERED that the Clerk mark the above-captioned case closed; that

nothing contained in this Order shall be considered a dismissal or disposition of this action, and,

that should further proceedings therein  become necessary or desirable, either party may initiate

them in the same manner as if the Order had not been entered, and,

      IT IS FURTHER ORDERED that the Court expressly retains jurisdiction in this

matter to consider any issue arising during the period when settlement is being finalized,

including, but not limited to, enforcing settlement.

_Donetta W. Ambrose_
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record